UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER ZIOBRO,

    Plaintiff

v.

THE HERSHEY COMPANY,

    Defendant

Case No. 3:23-cv-01268-WWB-LLL

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, CHRISTOPHER ZIOBRO, and Defendant, THE HERSHEY COMPANY, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 7th day of March, 2024.

| | |
|---|---|
| /s/ William Charles Wright | /s/ Ara K. Ayvazian |
| William Charles Wright, Esq. | Ara K. Ayvazian, Esq. |
| willwright@wrightlawoffice.com | aayvazian@shb.com |
| THE WRIGHT LAW OFFICE, P.A. | SHOOK, HARDY & BACON, L.L.P |
| 515 N. Flagler Dr., Suite P-300 | 100 N. Tampa St., Suite 2900 |
| West Palm Beach, Florida 33401 | Tampa, Florida 33602-5810 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

4853-6210-8588

2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 12th day of March, 2024, a true and correct copy of the foregoing was filed through the Court's CM/ECF case management system, which will send a notice of electronic filing on all counsel of record.

                                                /s/ *Ara K. Ayvazian*
                                                Attorney

4853-6210-8588